## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDRE J. TWITTY, #I8558-018, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-cv-233-MJR |
| | ) | |
| A. COURTNEY COX, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, currently a prisoner in the United States Penitentiary in Florence, Colorado, has filed a pro se civil rights complaint pursuant to 28 U.S.C. § 1331. However, within the Seventh Circuit, Plaintiff is a restricted filer. As stated by the Circuit in 2006,

> Until the appellant has paid in full all outstanding fees and any sanctions in all civil actions he has filed, the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of the appellant Andre J. Twitty.

*Twitty v. United States*, Appeal No. 06-1967 (7th Cir., order entered July 6, 2006). It does not appear that this ban has been lifted. Therefore, this action should not have been opened.

Accordingly, this action is **DISMISSED** with prejudice, and all pending motions are now **MOOT**. Any further pleadings filed by Twitty in this action shall be **RETURNED** to him **UNFILED**. The Clerk shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED this 2nd day of April, 2009.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**