## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE J. TWITTY, #I8558-018, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-233-MJR |
| | ) |
| A. COURTNEY COX, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff's motion for a rehearing (Doc. 5). This case was closed pursuant to a filing restriction imposed upon Plaintiff by the Seventh Circuit. Specifically stated,

> Until the appellant has paid in full all outstanding fees and any sanctions in all civil actions he has filed, **the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of the appellant Andre J. Twitty**.

*Twitty v. United States*, Appeal No. 06-1967 (7th Cir., order entered July 6, 2006) (emphasis added). It does not appear that this ban has been lifted. Therefore, not only should this action have not have been opened, the instant motion should have been returned to him, unfiled.

Accordingly, the instant motion is **STRICKEN**. Any further pleadings filed by Twitty in this action shall be **RETURNED** to him **UNFILED**. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 3rd day of June, 2009.**

                s/ Michael J. Reagan
                **MICHAEL J. REAGAN**
                **United States District Judge**